McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-CV-02173-LKK-DAD |
| ) | |
| Plaintiff, ) | APPLICATION AND ORDER FOR |
| ) | PUBLICATION |
| v. ) | |
| ) | |
| APPROXIMATELY $18,964.81 IN U.S. ) | |
| CURRENCY SEIZED FROM WASHINGTON ) | |
| MUTUAL BANK ACCOUNT 387-435366-3, ) | |
| ) | |
| APPROXIMATELY $38,222.37 IN U.S. ) | |
| CURRENCY SEIZED FROM WACHOVIA BANK ) | |
| ACCOUNT 1007139898952, ) | |
| ) | |
| APPROXIMATELY $450,100.00 IN U.S. ) | |
| CURRENCY SEIZED FROM WASHINGTON ) | |
| MUTUAL BANK SAFE DEPOSIT BOX 538, ) | |
| AND ) | |
| ) | |
| APPROXIMATELY $105,000.00 IN U.S. ) | |
| CURRENCY SEIZED FROM WACHOVIA BANK ) | |
| SAFE DEPOSIT BOX 674, ) | |
| ) | |
| Defendants. ) | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause

1

1 public notice of the action and arrest to be given in a newspaper
2 of general circulation or on the official internet government
3 forfeiture site;
4     2.   Local Rule 83-171, Eastern District of California,
5 provides that the Court shall designate by order the appropriate
6 newspaper or other vehicle for publication;
7     3.   The defendants Approximately $18,964.81 in U.S.
8 Currency seized from Washington Mutual Bank Account 387-435366-3,
9 and Approximately $450,100.00 in U.S. Currency seized from
10 Washington Mutual Bank Safe Deposit Box 538 were seized in the
11 city of Folsom, in Sacramento County, California.  The defendants
12 Approximately $38,222.37 in U.S. Currency seized from Wachovia
13 Bank Account 1007139898952, and Approximately $105,000.00 in U.S.
14 Currency seized from Wachovia Bank Safe Deposit Box 674 were
15 seized in the city of Cameron Park, in El Dorado County,
16 California.  The Department of the Treasury, Internal Revenue
17 Service published notice of the non-judicial forfeiture of the
18 defendant Approximately $18,964.81 in U.S. Currency seized from
19 Washington Mutual Bank Account 387-435366-3, Approximately
20 $450,100.00 in U.S. Currency seized from Washington Mutual Bank
21 Safe Deposit Box 538, and Approximately $105,000.00 in U.S.
22 Currency seized from Wachovia Bank Safe Deposit Box 674 on May
23 22, 29, and June 5, 2008 in <u>The Daily Recorder</u>.  The Department
24 of the Treasury, Internal Revenue Service published notice of the
25 non-judicial forfeiture of the defendant Approximately $38,222.37
26 in U.S. Currency seized from Wachovia Bank Account 1007139898952
27 on June 13, 20, and 27, 2008 in <u>The Daily Recorder</u>.
28 /////

1        4.    Plaintiff proposes that publication be made as follows:
2              a.    One publication;
3              b.    Thirty (30) consecutive days;
4              c.    On the official internet government forfeiture site www.forfeiture.gov;
6              d.    The publication is to include the following:
7                    (1)   The Court and case number of the action;
8                    (2)   The date of the arrest/seizure;
9                    (3)   The identity and/or description of the property arrested/seized;
11                   (4)   The name and address of the attorney for the Plaintiff;
13                   (5)   A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and
19                   (6)   A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

3

the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: Sept. 15, 2008                McGREGOR W. SCOTT
                                     United States Attorney


                                     /s/ Kristin S. Door
                                     KRISTIN S. DOOR
                                     Assistant United States Attorney

**ORDER**

   IT IS SO ORDERED.

DATED: September 17, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders/civil/USvApprox$18,964.81.2173.ord