```
 1
 2
 3
 4
 5
 6
 7                       UNITED STATES DISTRICT COURT
 8
                       FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,
                                              NO. CIV. S-08-2173 LKK/DAD
11
                Plaintiff,
12
        v.
13
    APPROXIMATELY $18,964.81 IN
14  U.S. CURRENCY SEIZED FROM
    WASHINGTON MUTUAL BANK
15  ACCOUNT 387-435366-3,

16  APPROXIMATELY $38,222.37 IN
    U.S. CURRENCY SEIZED FROM
17  WACHOVIA BANK ACCOUNT
    1007139898952,
18
    APPROXIMATELY $450,100.00 IN
19  U.S. CURRENCY SEIZED FROM
    WASHINGTON MUTUAL BANK SAFE                   O R D E R
20  DEPOSIT BOX 538, and

21  APPROXIMATELY $105,000.00 IN
    U.S. CURRENCY SEIZED FROM
22  WACHOVIA BANK SAFE DEPOSIT
    BOX 674,
23
                Defendants.
24  _____/

25       It has come to the court's attention that the court has opened

26  a minimal account for his daughter with Washington Mutual Bank.
```

1

1  Upon review and consideration of the case, the court determines
2  that this interest presents no conflict in the fair adjudication
3  of the case and that recusal is not necessary.
4      IT IS SO ORDERED.
5      DATED:  June 16, 2009.

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

2